1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | CRAIG YATES, an individual; and            )  CV-09-2057-SBA
   | DISABILITY RIGHTS, ENFORCEMENT,            )
13 | EDUCATION, SERVICES: HELPING               )  STIPULATION AND [PROPOSED]
   | YOU HELP OTHERS, a California public       )  ORDER CONTINUING DEADLINE FOR
14 | benefit corporation,                       )  THE PARTIES TO CONDUCT THE JOINT
   |                                            )  SITE INSPECTION
15 |         Plaintiffs,                        )
   |                                            )
16 | v.                                         )
   |                                            )
17 | RICCARDO'S RISTORANTE E                    )
   | PIZZERIA; CONSIGLIA CRISPI;                )
18 | RICHARD CRISPI; and ALILAM, LLC,           )
   |                                            )
19 |         Defendants.                        )
   |                                            )
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION                1

Plaintiffs CRAIG YATES AND DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS; and defendant ALILAM, LLC, by and through their respective counsel, respectfully request and stipulate, as follows:

1. **Whereas**, defendant ALILAM, LLC filed its answer to the complaint on August 11, 2009;

2. **Whereas**, defendants CONSIGLIA CRISPI and RICHARD CRISPI filed their answer to the complaint on August 14, 2009;

3. **Whereas**, plaintiffs submitted their initial proposed stipulation to continue the joint site inspection deadline on August 19, 2009 to defendants;

4. **Whereas**, plaintiffs have made multiple attempts from August 19, 2009 through August 24, 2009, to try and contact Andrew Dimitriou, counsel for defendants CONSIGLIA CRISPI and RICHARD CRISPI to stipulate to have the joint site inspection deadline continued;

5. **Whereas**, counsel Andrew Dimitriou does not wish to participate in agreeing to stipulate and/or sign the stipulation regarding the inspection deadline;

6. **Whereas**, due these circumstances and calendering conflicts, the parties were unable to conduct the joint site inspection of the premises by the August 19, 2009, as Ordered by General Order 56, ¶3,4; and

7. **Whereas**, the parties, hereto agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including September 22, 2009.

///
///
///
///
///
///
///

8. In light of the above, counsel for the plaintiffs and counsel for defendant ALILAM LLC respectfully request that the court grants this stipulation between plaintiffs and defendant ALILAM LLC.

**IT IS SO STIPULATED.**

Dated: August 25, 2009

THOMAS E. FRANKOVICH,
**A PROFESSIONAL LAW CORPORATION**

By: _____/S/_____
Thomas E. Frankovich
Attorney for Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: Aug. 25, 2009

NATASHA GORDON
**THE CRONIN LAW GROUP**

By: _____ for Timothy Cronin
NATASHA GORDON
Attorneys for Defendant ALILAM, LLC

**ORDER**

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint inspection of the premises be continued up to and including September 22, 2009.

Dated: AUGUST 28, 2009

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge