**\*E-Filed 3/24/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRAIG YATES, ET AL.,

          Plaintiffs,

  v.

RICCARDO'S RISTORANTE
E PIZZERIA, ET AL,

          Defendants.
_____/

No. C 09-02057 RS

**STANDBY ORDER TO SHOW CAUSE**

      The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 20, 2010**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 27, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 3/24/10

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE