1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA  94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

E-Filed 5/20/10

5  Attorneys for Plaintiffs
   CRAIG YATES
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RICCARDO'S RISTORANTE E PIZZERIA; CONSIGLIA CRISPI; RICHARD CRISPI; and ALILAM, LLC,<br><br>Defendants. | **CASE NO. CV-09-2057-RS**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br>RS |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///
///

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3 pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4     This stipulation may be executed in counterparts, all of which together shall constitute one
5 original document.

7 Dated: April 26, 2010     THOMAS E. FRANKOVICH, Esq.
    *A PROFESSIONAL LAW CORPORATION*

9     By: /s/Thomas E. Frankovich
         Thomas E. Frankovich
10     Attorneys for CRAIG YATES and
    DISABILITY RIGHTS ENFORCEMENT,
11     EDUCATION SERVICES:HELPING YOU HELP
    OTHERS

13 Dated: May 13, 2010     NATASHA GORDON, Esq.
    **THE CRONIN LAW GROUP**

15     By: /s/ Natasha Gordon
        NATASHA GORDON
16

17     Attorneys for Defendant ALILAM, LLC

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Dated: _____, 2010

ANDREW DIMITRIOU Esq.
DIMITRIOU & ASSOCIATES, P.C.

By: _____
    Andrew Dimitriou

Attorneys for Defendants CONSIGLIA CRISPI and RICHARD CRISPI

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 5/20/, 2010

_____
Honorable Richard Seeborg
United State District Judge